**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA B. RIVERA,<br><br>     Plaintiff,<br><br>  v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>     Defendant. | Case No. 5:20-cv-01183-JGB-KK<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that REBECCA B. RIVERA ("Plaintiff") and NAVIENT SOLUTIONS, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: January 8, 2021                     Respectfully submitted,

                              **REBECCA B. RIVERA**

                              By: */s/ Nicholas M. Wajda*

                              **WAJDA LAW GROUP, APC**
                              Nicholas M. Wajda (Cal. Bar No. 259178)
                              6167 Bristol Parkway
                              Suite 200
                              Culver City, California 90230
                              +1 310-997-0471
                              nick@wajdalawgroup.com

1