WAJDA LAW GROUP, APC
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA B. RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant. | Case No. 5:20-cv-01183-JGB-KK<br><br>**STIPULTION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, REBECCA B. RIVERA and the Defendant, NAVIENT SOLUTIONS, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 3, 2021

REBECCA B. RIVERA

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda
(State Bar No. 259178)

Respectfully Submitted,

NAVIENT SOLUTIONS, LLC

*By: /s/ Brian S. Whittemore*
DENNIS N. LUECK, JR. (SBN 292414)
dlueck@hinshawlaw.com
BRIAN S. WHITTEMORE (SBN

1

| | | |
|---|---|---|
| 1 | 6167 Bristol Parkway | 241631) |
| 2 | Suite 200 | bwhittemore@hinshawlaw.com |
| | Culver City, California 90230 | HINSHAW & CULBERTSON LLP |
| 3 | Telephone: 310-997-0471 | One California Street, 18th Floor |
| 4 | Facsimile: 866-286-8433 | San Francisco, CA 94111 |
| | E-Mail: nick@wajdalawgroup.com | Telephone: 415-362-6000 |
| | | Facsimile: 415-834-9070 |

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on February 3, 2021, he caused a copy of the foregoing, **STIPULATION OF DISMISSAL,** to be served electronically via CM/ECF system on all counsel of record

*s/ Nicholas M. Wajda*