**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA B. RIVERA,<br><br>            Plaintiff,<br><br>    v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>            Defendant. | Case No. 5:20-cv-01183-JGB-KK<br><br>**ORDER ON STIPULATION**<br>**OF DISMISSAL** |

    Plaintiff, REBECCA B. RIVERA, and Defendant, NAVIENT SOLUTIONS, LLC, through their respective counsel, having filed their Stipulation of Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED:

1. The stipulation is approved. The action is hereby dismissed with prejudice.


Dated: February 9, 2021

UNITED STATES DISTRICT JUDGE